Form B 250A(summons)(12/09)

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois

In Re:

Carter Construction Services, Inc.

      Debtor(s).

Case Number: 12-91789

**Adversary Case Number: 13-09046**

(ALL DOCUMENTS REGARDING THIS MATTER *MUST* BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

First State Bank

      Plaintiff(s),

v.

Kristin L. Wilson, Engler Meier, Travelers Casualty and Surety Company of America, Chicago Flameproof & Wood Specialties Corp, Gordon Inc, NPOP, INC., Reliable Plumbing and Heating Company, Security Door and Hardware Co., Carpenters Local Union #44, Carpenters' Pension and Retirement Savings Funds of Illinois, Central Illinois Builders of AGC, Central Illinois Carpenter's Health and Welfare Trust Fund, Central Illinois Drug Fund/Southern Illinois Drug Fund, Central Laborers' Annuity Fund, Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Constuction Industry Welfare Fund of Central Illinois, Illinois Laborers' and Contractors Training Trust Fund, Illinois State Painters Welfare Fund, International Painters and Allied Trades Industry Pension Fund, International Union of Painters and Allied Trades District Council #58, International Union of Painters and Allied Trades Painters Local 363, Labor Management Cooperative Instutite, Laborers' International Union of North America Local 1084, Mid-Central Illinois Joint Labor Management Substance Abuse Testing Program, Mid-Central Illinois Regional Council of Carpenters, Mid-Central Illinois Regional Council of Carpenters Joint Apprenticeship and Training Committee, Mid-Central Illinois Regional Council of Carpenters Promotional Fund, Painters & Glaziers of Central and Southern Illinois Health & Welfare Fund, Painters District Council 58 401(k) Trust Fund, Painters District Council No. 58 Fringe Benefit Funds, Southern Illinois Construction Advancement Program, Southwestern Illinois Laborers Employers Cooperation and Education Trust, United Brotherhood of Carpenters and Joiners of America International Training Fund, United Brotherhood of Carpenters and Joiners of America Management Education and Development Fund

      Defendant(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:            U.S. Bankruptcy Court
                             130 Federal Building
                             201 N. Vermilion St.
                             Danville, IL 61832

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or plaintiff if not represented by counsel).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by counsel):

Jeffrey D Richardson
132 South Water Street, Suite 444
Decatur, IL 62523

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*/s/ Khadijia V. Thomas*

Khadijia V. Thomas
Clerk, U.S. Bankruptcy Court



**Date of Issuance: 12/10/13**

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

Case No. 12-91789
Adversary No. 13-09046

## CERTIFICATE OF SERVICE

I, Jeffrey D. Richardson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made December 11, 2013 by:
(date)

   X    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Ms. Kristin L. Wilson, Chapter 7 Bankruptcy Trustee, 600 Jackson Avenue, Charleston, IL 61920

Engler, Meier & Justus, Inc. d/b/a Westmont Interior Supply House, c/o Trish E. Moran, Registered Agent, 1030 Vandustrial Drive, Westmont, IL 60559

Engler, Meier & Justus, Inc. d/b/a Westmont Interior Supply House, c/o John T. Crawford, Kennison, Dudley & Crawford, P.C., 704 E. McBee Ave., Greenville, SC 29601

Travelers Casualty and Surety Company of America, c/o Brian A. MacLean, President or Officer, 252 One Tower Square, Hartford, CT 06183

Travelers Casualty and Surety Company of America, c/o Albert Chollet, Watt, Tieder, Hoffar & Fitzgerald, LLP, 10 South Wacker Drive, Suite 2935, Chicago, IL 60606

Chicago Flameproof & Wood Specialties Corp., William J. Arendt, Agent, 7035 Veterans Blvd., Suite A, Burr Ridge, IL 60527

Gordon Inc., Jonathon Aldvich, Controller, 5023 Hazel Jones Road, Bossier City, LA 71111

NPOP, Inc. d/b/a Nick's Porterhouse of Paints, Nicholas Lyons, President & Agent, 110 West John, Champaign, IL 61820

Reliable Plumbing and Heating Company d/b/a Reliable Mechanical Company, c/o M D Meislan, President, 109 West Curtis Rd, PO Box 734, Savoy, IL 61874

Security Door and Hardware Co, c/o Greg Rolnicki, Agent, 1402 Butzow Drive, Urbana, IL 61802

2

Carpenters Local Union #44, c/o Randy Johnson, Agent, 402 South Duncan Rd, Champaign, IL 61821

Carpenter's Pension and Retirement Savings Funds of Illinois, c/o Whitney Davis, Agent, 28 North 1st Street, Geneva, IL 60134

Carpenter's Pension and Retirement Savings Funds of Illinois, c/o James P. Moody, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

Central Illinois Builders of AGC, c/o Dennis Edwards, Executive Vice President, 300 W. Edwards Street, Springfield, IL 62704

Central Illinois Carpenter's Health and Welfare Trust Fund, c/o Steve Heckwine, Chairman/Trustee, #1 Kalmia Way, Springfield, IL 62702

Central Illinois Carpenter's Health and Welfare Trust Fund, 200 South Madigan Drive, Lincoln, IL 62656

Central Illinois Carpenter's Health and Welfare Trust Fund, c/o James P. Moody, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

Central Illinois Carpenters Retirement Savings Fund, c/o Charlotte Krautwald, Administrator, 200 S. Madigan Drive, Lincoln, IL 62656

Central Illinois Drug Fund/Southern Illinois Drug Fund, 940 California Avenue, Collinsville, IL 62234

Central Illinois Drug Fund/Southern Illinois Drug Fund, c/o John Leahy, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

Central Laborers' Annuity Fund, c/o Roger Shoup, Agent, #1 Kalmia Way, Springfield, IL 62702

Central Laborers' Annuity Fund, c/o John Penn, Chairman, PO Box 1267, Jacksonville, IL 62651

Central Laborers' Annuity Fund, c/o John Wolters, Cavanagh & O'Hara, LLP, 1609 North Illinois Street, Swansea, IL 62226

Central Laborers' Pension Fund, c/o Roger Shoup, Agent, #1 Kalmia Way, Springfield, IL 62702

3

Central Laborers' Pension Fund, c/o John Penn, Chairman, PO Box 1267, Jacksonville, IL 62651

Central Laborers' Pension Fund, c/o John Wolters, Cavanagh & O'Hara, LLP, 1609 North Illinois Street, Swansea, IL 62226

Central Laborers' Welfare Fund, c/o Roger Shoup, Agent, #1 Kalmia Way, Springfield, IL 62702

Central Laborers' Welfare Fund, c/o John Penn, Chairman, PO Box 1267, Jacksonville, IL 62651

Central Laborers' Welfare Fund, c/o John Wolters, Cavanagh & O'Hara, LLP, 1609 North Illinois Street, Swansea, IL 62226

Construction Industry Welfare Fund of Central Illinois, c/o Jill Kunkel, Administrator, 34 East Springfield Ave., Champaign, IL 61820

Construction Industry Welfare Fund of Central Illinois, c/o Patrick Ryan, Baum Sigman Auerback & Neuman, Ltd, 200 W. Adams St., #2200, Chicago, IL 60606

Illinois Laborers' and Contractors Training Trust Fund, Roger Shoup, Agent, #1 Kalmia Way, Springfield, IL 62702

Illinois Laborers' and Contractors Training Trust Fund, c/o Roger Shoup, Agent, Rte 3 Box 138, Mount Sterling, IL 62353

Illinois State Painters Welfare Fund, 940 California Avenue, Collinsville, IL 62234

Illinois State Painters Welfare Fund, c/o John Leahy, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

International Painters and Allied Trades Industry Pension Fund, Gary J. Meyers, Agent, United Unions Building, 1750 New York Ave, NW, Ste 501, Washington, DC 20006

International Union of Painters and Allied Trades District Council #58 a/k/a Painters District Council #58, c/o Donny Anderson, Agent, 940 California Avenue, Collinsville, IL 62234

International Union of Painters and Allied Trades District Council #58 a/k/a Painters District Council #58, c/o John Leahy, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

4

International Union of Painters and Allied Trades Painters Local 363, c/o James A. Williams, President, 212 South 1st Street, Champaign, IL 61820

Labor Management Cooperative Institute, c/o Kenneth E. Rigmaiden, Officer/Trustee, 7234 Parkway Drive, Hanover, MD 21076

Labor Management Cooperative Institute, c/o John Leahy, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

Laborers' International Union of North America Local 1084, c/o Roger Shoup, Agent, #1 Kalmia Way, Springfield, IL 62702

Laborers' International Union of North America Local 1084, c/o John Wolters, Cavanagh & O'Hara, LLP, 1609 North Illinois Street, Swansea, IL 62226

Mid-Central Illinois Regional Council of Carpenters, c/o Steve Heckwine, Executive Secretary, #1 Kalmia Way, Springfield, IL 62702

Mid-Central Illinois Regional Council of Carpenters, c/o James P. Moody, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

Mid-Central Illinois Regional Council of Carpenters Joint Apprenticeship and Training Committee, 904 Brenkman Drive, Pekin, IL 61554

Mid-Central Illinois Regional Council of Carpenters Promotional Fund, 200 South Madigan Drive, Lincoln, IL 62656

Mid-Central Illinois Regional Council of Carpenters Promotional Fund, c/o John Leahy, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

Painters & Glaziers of Central and Southern Illinois Health & Welfare Fund, c/o Gregg Smith, Agent, 940 California Avenue, Collinsville, IL 62235

Painters & Glaziers of Central and Southern Illinois Health & Welfare Fund, 1750 New York Ave NW, Washington, DC 20006

Painters & Glaziers of Central and Southern Illinois Health & Welfare Fund, c/o John Leahy, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

Painters District Council 58 401(k) Trust Fund, 940 California Avenue, Collinsville, IL 62235

5

Painters District Council 58 401(k) Trust Fund, c/o John Leahy, Cavanagh & O'Hara, LLP, 407 E. Adams Street, PO Box 5043, Springfield, IL 62705

Painters District Council No. 58 Fringe Benefit Funds, c/o Donny Anderson, Agent, 940 California Avenue, Collinsville, IL 62234

Southern Illinois Construction Advancement Program, c/o Roger Shoup, Agent, #1 Kalmia Way, Springfield, IL 62702

Southern Illinois Construction Advancement Program, c/o Leonard Boyer, Director, 7623 West Main Street, Belleville, IL 62223

Southern Illinois Construction Advancement Program, c/o John Wolters, Cavanagh & O'Hara, LLP, 1609 North Illinois Street, Swansea, IL 62226

Southwestern Illinois Laborers Employers Cooperation and Education Trust, c/o Roger Shoup, Agent, #1 Kalmia Way, Springfield, IL 62702

Southwestern Illinois Laborers Employers Cooperation and Education Trust, c/o Glyn Ramage, Trustee, 3 Meadows Heights Professional Park, Collinsville, IL 62234

Southwestern Illinois Laborers Employers Cooperation and Education Trust, c/o John Wolters, Cavanagh & O'Hara, LLP, 1609 North Illinois Street, Swansea, IL 62227

United Brotherhood of Carpenters and Joiners of America International Training Fund, c/o Douglas J. McCarron, President, 101 Constitution Ave. NW, Washington, DC 20001

United Brotherhood of Carpenters and Joiners of America Management Education and Development Fund c/o Douglas J. McCarron, President, 101 Constitution Ave. NW, Washington, DC 20001

_____ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence service: By leaving process with the following adult at:

_____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

6

____ Publication: The defendant was served as follows: [Describe briefly]

____ State Law: The defendant was served pursuant to the laws of the State of
      _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

December 11, 2013                              _____

Jeffrey D. Richardson
Richardson & Erickson
132 S. Water Street, Suite 444
Decatur, IL 62523
Telephone: (217) 425-4082